**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6276**

---

LARRY L. STEWART,

Plaintiff - Appellant,

versus

W.B. RABORG, State Police/Trooper,

Defendant - Appellee.

---

**No. 03-6567**

---

LARRY L. STEWART,

Plaintiff - Appellant,

versus

W.B. RABORG, State Police/Trooper,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.  (CA-03-41-AM)

---

Submitted:  September 11, 2003        Decided:  September 17, 2003

---

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry L. Stewart, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry L. Stewart seeks to appeal the district court's orders denying him leave to proceed in forma pauperis and dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Stewart v. Raborg, No. CA-03-41-AM (E.D. Va. filed Jan. 21, 2003 & entered Jan. 27, 2003; filed Mar. 10, 2003 & entered Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2